Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 4015
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JUDITH BERTRAND

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA,
## WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| JUDITH BERTRAND, | ) **Case No.:** 2:13-cv-07470-BRO-CW |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **VOLUNTARY DISMISSAL** |
| | ) |
| CRITICAL RESOLUTION MEDIATION, | ) |
| | ) |
| LLC, | ) |
| | ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, JUDITH BERTRAND, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.


Dated: February 3, 2014                    KROHN & MOSS, LTD.


                                           By:/s/ Ryan Lee, Esq.
                                           Ryan Lee, Esq.
                                           Attorney for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:      /s/ Ryan Lee, Esq.        

Ryan Lee, Esq

VOLUNTARY DISMISSAL